AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>China Lee Scott<br><br>Defendant(s) | Case No.<br><br>1:16-MJ-026 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/11/2015 to 01/05/2016__ in the county of __Dauphin__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 1347 | in that the defendant knowingly and willfully executed a scheme or artifice to defraud a health care benefit program, that is, the Pennsylvania Medical Assistance Program, in connection with the delivery of or payment for health care benefits, items or services. |

This criminal complaint is based on these facts:
See Attached Affidavit

**FILED**
**HARRISBURG**
MAR 16 2016
PER _____
DEPUTY CLERK

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael R. Williams, Special Agent, HHS-OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: 3-16-16

_____
Judge's signature

City and state: Harrisburg, PA.

_____
Printed name and title